EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>170-2004-01136 |
|---|---|---|

Delaware Department Of Labor _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Dr. Ellen Zechman | Home Phone No. (Incl Area Code)<br>(252) 636-2625 | Date of Birth<br>01-08-1957 |
|---|---|---|

Street Address: 1608 Tryon Road, New Bern, NC 28560

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>CHRISTIANA CARE | No. Employees, Members<br>101 - 200 | Phone No. (Include Area Code)<br>(302) 733-1000 |
|---|---|---|

Street Address: 4755 Ogletown-Stanton Road, Po Box 6001, Newark, DE 19718

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-29-2003   Latest: 09-29-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began working for Respondent in or about June 2002, as a Resident Physician in training for the Department of Obstetrics and Gynecology. During my tenure I was denied educational opportunities and subject to different terms and conditions of employment. I was also subjected to ongoing harassment and slander by Dr. Robyn Gray (Chief Resident) and Dr. Rachel Heinle (co-worker) and placed of remediation for performance deficiencies. I voiced several complaints to the Dr. Lamar Ekbladh, Residency Director about various problems with the program. I also complained about discrimination with regard to opportunities to advance in surgical skills. When these complaints were not addressed, I contacted the ~~American College of Graduate Medical Education.~~ *Accreditation Council on Graduate Medical Education* EZ

In addition, I was forced to take vacation time to seek medical care instead of using my sick time. I requested a reasonable accommodation to modify my schedule which was denied. After I applied for Family Medical Leave (FMLA), on October 3, 2003, I was advised the Residency Review Committee voted to dismiss me. As a result, I was forced to resign from my position.

II. I was later informed that the Residency Review Committee ~~did not~~ *recommended my dismissal* EZ recommend that my employment ~~be retained~~ based upon my alleged performance deficiencies.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 09, 2004
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)

EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>170-2004-01136 |
|---|---|---|

Delaware Department Of Labor ____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(Continued from previous page):*

III. I believe that I was discriminated against because of my age (46), disability and retaliation in violation of the Age Discrimination in Employment Act, and the Americans with Disabilities Act, when I was subjected to different terms and conditions of employment and ~~ultimately discharged.~~ *Forced to resign.* *EMB*

*Please See Addendum.*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jun 09, 2004       *[signature]*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Addendum:
EEOC Charge of Discrimination Form

Charge No: 170-2004-01136
Zechman v. Christiana Care

IV. Dr Lamar Ekbladh and The Residency Review Committee refused my request for reasonable accommodation for my disability that was needed for me to continue and progress in my position as resident physician in training. Then refused to address my request for Family Medical Leave and ultimately forced me to resign.

Ellen Huffman Zechman

*[signed] Ellen Huffman Zechman EHZ 6/14/04*