AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  _____0 5 - 1 5 9_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

__3/15/05_____          _____[signature]_____
(Date forms issued)              (Signature of Party or their Representative)

                                        _____
                                        (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action