IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-159 |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by and between the parties that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until May 6, 2005.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorneys for Plaintiffs

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendants

IT IS SO ORDERED this _____ day of _____, 2005.

_____
                                                           J.

DHW/099999-8888/1102419/1