IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-159 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO:    Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

       Pursuant to Rule 83.5(c), counsel moves the admission of Mr. Michael J. Ossip as counsel *pro hac vice* to represent Defendant Christiana Care Health Services, Inc. in this matter. In support of this Motion, Defendant relies upon the attached Certification of Michael J. Ossip, Esquire.

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761/5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: April 19, 2005

DHW/011747-0040/1134202/1

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-159 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### ATTORNEY CERTIFICATION OF MICHAEL J. OSSIP
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Michael J. Ossip, Esquire certifies:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Central District of Illinois, the United States Courts of Appeals for the Third, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States Supreme Court, and I am not under suspension or disbarment in any court. I clerked for the Honorable Murray M. Schwartz of the U.S. District Court for the District of Delaware from 1979-1980.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4. David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
MICHAEL J. OSSIP

Dated: April 13, 2005

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No. 05-159 JJF |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) JURY TRIAL DEMANDED |
|       Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2005, that counsel's Motion for Admission *Pro Hac Vice* for Michael J. Ossip is GRANTED.

_____
U.S.D.J.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-159 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, David H. Williams, hereby certify that on April 19, 2005, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/EC which will send notification of such filing(s) to the following:

>Jeffrey K. Martin, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

*/s/ David H. Williams*
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

JLB/011747-0040/1134213/1

Dated: April 19, 2005

Attorneys for Defendant
Christiana Care Health Services, Inc.