IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| | : C.A. No. 05-159 JJF |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

I hereby certify that on this 30th day of June, 2005, two (2) copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** and **DEFENDANT'S FIRST SET OF DOCUMENTS REQUESTS DIRECTED TO PLAINTIFF** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

>Jeffrey K. Martin, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE  19806

>David H. Williams (#616) (dwilliams@morrisjames.com)
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6900

>Michael J. Ossip (mossip@morganlewis.com)
>Thomas S. Bloom (tbloom@morganlewis.com)
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA  19103
>(215) 963-5543
>Attorneys for Defendant

Dated:  June 30, 2005        Christiana Care Health Services, Inc.

1246779/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | : | |
| | : | C.A. No. 05-159 (JJF) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on June 30, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jeffrey K. Martin, Esquire
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

_____
David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: June 30, 2005

1246778/1