IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | : | |
| | : | C.A. No. 05-159 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED between the parties that the time for Plaintiff to respond to *Defendant's First Set of Interrogatories* and *Defendant's First Request for Production* is extended until August 15, 2005.

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Jeffrey K. Martin (#2407)
Keri L. Morris (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680 - phone
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff

MORRIS, JAMES, HITCHENS &
WILLIAMS, LLP

*/s/ Jennifer J. Brierley*
David Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900 – phone
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2005

_____
J.