IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| Plaintiff, | : |
| | : C.A. No. 05-159 JJF |
| v. | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Keri L Morris, Esquire, do hereby certify that on August 15, 2005, I electronically filed the *Certificate of Service* to *Plaintiff's Responses to Defendant's First Request for Production of Documents* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Responses to Defendant's First Request for Production of Documents* and the respective *Certificate of Service* for same by first class U.S. Mail, postage prepaid, to the following:

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Keri L. Morris, Esquire (DE #4656)
1509 Gilpin Avenue
Wilmington, DE  19806