## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **C.A. No. 05-159 (JJF)** |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Jeffrey K. Martin, Esquire of Margolis Edelstein, for Keri L.

Morris, Esquire, formerly of Margolis Edelstein, counsel for Plaintiff in the above-

captioned matter.

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: November 9, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                          :
                                        :
            Plaintiff,                   :
                                        :
    v.                                   :      **C.A. No. 05-159 (JJF)**
                                        :
CHRISTIANA CARE HEALTH SYSTEMS,          :
                                        :
            Defendant.                   :

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 9, 2005, I

electronically filed ***Substitution of Counsel*** with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following attorney-of-record below:

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

                              MARGOLIS EDELSTEIN

                              Jeffrey K. Martin, Esquire (DE #2407)
                              1509 Gilpin Avenue
                              Wilmington, DE 19806