IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                                :
                                              :
                    Plaintiff,                :
                                              :
        v.                                    :    C.A. No. 05-159 (JJF)
                                              :
CHRISTIANA CARE HEALTH SYSTEMS,               :
                                              :
                    Defendant.                :

## ENTRY OF APPEARANCE

Please enter the appearance of Lori A. Brewington, Esquire of Margolis Edelstein

as counsel for Plaintiff in the above-captioned matter.


                            MARGOLIS EDELSTEIN


                            _____
                            Jeffrey K. Martin, Esquire (#2407)
                            Lori A. Brewington, Esquire (#4522)
                            1509 Gilpin Avenue
                            Wilmington, DE  19806
                            302-777-4680
                            Attorneys for Plaintiff


Dated:  December 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                                    :
                                                  :
                    Plaintiff,                    :
                                                  :
       v.                                         :    C.A. No. 05-159 (JJF)
                                                  :
CHRISTIANA CARE HEALTH SYSTEMS,                   :
                                                  :
                    Defendant.                    :

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on December 6, 2005, I caused

two copies of the foregoing *Entry of Appearance* to be served by First Class U.S. Mail,

postage prepaid on the following:

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE  19806