IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 05-159 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CHRISTIANA CARE HEALTH ) | |
| SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's Pre-Discovery Disclosures and Certificate of Service*** were sent via U.S. Mail postage pre-paid on February 15, 2006 to the following:

David H. Williams (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Michael J. Ossip
Thomas S. Bloom
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: February 15, 2006