IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 05-159 (JJF) |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant* and *Certificate of Service* were sent via U.S. Mail postage pre-paid on March 30, 2006 to the following:

| | |
|---|---|
| David H. Williams, Esquire<br>MORRIS, JAMES, HITCHENS & WILLIAMS LLP<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899 | Michael J. Ossip, Esquire<br>Thomas S. Bloom, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (# 4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff Ellen Zechman