# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

April 18, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Calel Boggs Federal Building
844 North King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

RE:     *Ellen Zechman v. Christiana Care Health Systems*
        *Civil Action No. 05-159 JJF*

Dear Judge Farnan:

Attached is a proposed Stipulation and Order of Confidentiality counsel for the parties submit for your review and approval.

Thank you for your attention to this matter.

Respectfully,

David H. Williams
Bar I.D. #616

DHW/jam
Enclosure
cc:    Jeffrey K. Martin, Esquire (w/enc.) – via e-filing
       Kendra L. Baisinger, Esquire (w/enc.) – via e-mail
       Clerk of the Court (w/enc.) – via e-filing