UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Ellen Zechman,**<br>    **Plaintiff,** | )<br>)<br>) |
| v. | )  Civil Action No. 05-159 JJF |
| **Christiana Care Health Systems,**<br>    **Defendant.** | )<br>)<br>)<br>) |

**STIPULATION AND ORDER OF CONFIDENTIALITY**

WHEREAS, Defendant Christiana Care Health Systems has requested the production of certain documents from non-party National Resident Matching Program ("NRMP") pursuant to subpoena dated March 22, 2006;

WHEREAS, NRMP has objected to the production of confidential and proprietary business information obtained from individuals under promises of confidentiality;

WHEREAS, the parties desire to preserve the confidentiality of documents and information propose for production pursuant to discovery in this proceeding;

WHEREAS, the parties seek to avoid unnecessary motion practice and obtain the endorsement of the Court to this production;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their respective counsel for the purpose of this proceeding, as follows:

1.      NMRP, and any party, may designate any documents and information it believes to be to contain or concern confidential information by marking the document or information as "CONFIDENTIAL". So designated documents or information are referred to herein as "Confidential Matter."

2.      In the event that a party disagrees with a designation of any Confidential Matter, then the parties will first try to resolve such dispute on an informal basis at least five days before presenting the dispute to the Court.

3. In the absence of written permission from the producing party or further Order by the Court, any Confidential Matter produced in accordance with this Stipulation and Order of Confidentiality shall not be disclosed to any person, other than: (a) a party; (b) outside counsel for parties to this litigation, including necessary paralegal, secretarial and clerical personnel employed by counsel's law firm assisting such counsel; and (c) subject to the provisions of paragraph 4 below, (i) any experts and consultants designated by the parties, (ii) potential witnesses in this case, and (iii) the court.

4. Confidential Matter produced in accordance with this Stipulation and Order shall not be made available to any expert or potential witness designated in paragraph 3, until he or she has executed an Undertaking in the form of Appendix 1 to this Stipulation and Order (a) to be bound by the terms of this Order and the terms of the Undertaking; (b) not to reveal such Confidential Matter to anyone other than persons authorized in paragraph 3; and (c) to use such Confidential Matter solely for purposes of this litigation.

5. All Confidential Matter produced in accordance with this Order shall be used solely for purposes of this litigation. Use for purposes of this litigation shall include use in testimony and as exhibits at trial, hearings, appeals, or depositions, or in connection with motions or witness preparation, subject to the restrictions of this Stipulation and Order.

6. All Confidential Matter subject to confidential treatment in accordance with the terms of this Stipulation and Order that are filed with the Court, and any pleadings, motions or other papers filed with the Court disclosing any such confidential documents or information, shall be filed under seal until further order of the Court. Where possible, only confidential portions of filings with the Court shall be filed under seal. Nothing in this paragraph is to be interpreted to prevent the use of Confidential Matter at trial, subject to such rulings as may be made by the Court.

7. The Court shall have the power to interpret and enforce this Agreement and the parties shall remain subject to the jurisdiction of the Court for purposes thereof. In the case of any ambiguity in this Stipulation and Order, it shall not be construed so as to inhibit counsel from discharging their duties to their respective clients.

8. This Stipulation and Order of Confidentiality shall continue to be binding throughout the pretrial stage of this litigation and until such a time, if appropriate, as a new Stipulation and Order is entered governing confidentiality at trial.

9. Within thirty (30) days of the conclusion of the above-captioned action (including any appeal), all written Confidential Matter and copies thereof shall be returned to the counsel for the party or non-party from whom such documents or information were obtained, subject to any subsequent Order or Judgment of this Court that may modify or supersede this Stipulation and Order.

10. This Stipulation and Order of Confidentiality shall not apply to any information contained in the Confidential Matter that: (a) is now or subsequently becomes publicly known through no breach of this Agreement; or (b) is known to the receiving Party at the time of disclosure or is independently developed by the receiving Party; or (c) is received from a third party who had a lawful right to disclose such Confidential Matter under this Stipulation and Order of Confidentiality.

**STIPULATED AND AGREED:**

| | |
|---|---|
| Jeffrey K. Martin (#2407)<br>Lori A. Brewington (#4522)<br>MARGOLIS EDELSTEIN LLP<br>1509 Gilpin Avenue<br>Wilmington, Delaware 19806<br>(302) 777-4680<br>(302) 777-4682 facsimile<br>jmartin@margolisedelstein.com<br>lbrewington@margolisedelstein.com<br>Attorneys for Plaintiff | David H. Williams (#616)<br>MORRIS, JAMES, HITCHENS &<br>WILLIAMS LLP<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6900<br>dwilliams@morrisjames.com |

- 4 -

Michael J. Ossip
Thomas S. Bloom
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
215.963.5543
fax:  877.432.9652

Attorneys for Defendant
Christiana Care Health Systems

**SO ORDERED** this _____ day of _____, 2006.

_____
                                                District Judge

Appendix 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ellen Zechman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-159 JJF |
| | ) | |
| Christiana Care Health Systems, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER
REGARDING CONFIDENTIALITY OF DISCOVERY MATERIALS**

The undersigned hereby acknowledges having read the Stipulation and Order of Confidentiality in the above-entitled action, understands the terms thereof, and agrees to be bound by the terms and conditions of that Order, and by such other orders as may be made by this Court regarding the confidential treatment to be accorded discovery materials in this action.

_____

Dated: _____, 2006