IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-159 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on May 25, 2006, I sent two copies of the foregoing *Plaintiff's Supplemental Responses to First Set of Interrogatories* to the following:

David H. Williams, Esquire
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Michael J. Ossip, Esquire
Thomas S. Bloom
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: May 25, 2006