**IN THE UNITED STATE DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-159 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

TO:    Jeffrey K. Martin, Esquire
       Lori A. Brewington
       Margolis Edelstein
       1509 Gilpin Avenue
       Wilmington, DE  19806

       PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc.

("Defendant") will take the deposition of Plaintiff Ellen Zechman pursuant to Rule 30 of the

Federal Rules of Civil Procedure, on Tuesday, June 20 2006, in the office of Morris, James,

Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at

10:30 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5543

Attorneys for Defendant

Dated:  June 6, 2006

cc:  Wilcox & Fetzer

DHW/011747-0040/1403479/1

## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                    )
                                  )
            Plaintiff,            )
                                  )
    v.                            )        C.A. No. 05-159 JJF
                                  )
CHRISTIANA CARE HEALTH            )        JURY TRIAL DEMANDED
SYSTEMS,                          )
                                  )
            Defendant.            )

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on June 6, 2006, I electronically filed the

attached **NOTICE OF DEPOSITION** with the Clerk of Court using CM/EC which will send

notification of such filing(s) to the following:

> Jeffrey K. Martin, Esquire
> Lori A. Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5543

Attorneys for Defendant
Dated:  June 6, 2006                    Christiana Care Health Services, Inc.