IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 05-159 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CHRISTIANA CARE HEALTH ) | |
| SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on June 12, 2006, I sent two copies of the foregoing *Plaintiff's Supplemental Responses to Defendant's Request for Production of Documents* to the following:

David H. Williams, Esquire
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Michael J. Ossip, Esquire
Thomas S. Bloom
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: June 12, 2006

5