IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-159 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between counsel for Plaintiff and counsel for Defendant that Defendant may have an extension of time to July 11, 2006 within which to file its expert report.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin (#2407)
jmartin@margolisedelstein.com
Lori A. Brewington (#4522)
lbrewington@margolisedelstein.com
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorneys for Plaintiff

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
David H. Williams (#616)
dwilliam@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2006.

_____
J.

DHW/011747-0040/1403471/1