IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN, :
:
        Plaintiff, :
:
v. : C.A. No. 05-159 (JJF)
:
CHRISTIANA CARE HEALTH SYSTEMS, :
:
        Defendant. :

STIPULATED SCHEDULING ORDER

It is hereby stipulated, agreed and ordered that:

1. All discovery shall be completed by September 30, 2006.

2. Summary judgment motions, if any, shall be filed by October 23, 2006.

_____
Jeffrey K. Martin  (#2407)
Lori A. Brewington  (#4522)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
Attorneys for Plaintiff
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com

_____
David H. Williams (#616) dwilliams@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE  19899
(302) 888-6900
Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Attorneys for Defendant

IT IS SO ORDERED this ____ day of _____, 2006

_____
                             Farnan, J.

1-PH/2398150.1