IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS,<br><br>        Defendant. | :<br>:   C.A. No. 05-159 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

I hereby certify that on this 11th day of July, 2006, two (2) copies of **DEFENDANT'S EXPERT REPORT** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

    Jeffrey K. Martin, Esquire
    Lori A. Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543
Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: July 11, 2006

1246779/1

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-159 JJF |
| | ) |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on July 11, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/EC which will send notification of such filing(s) to the following:

Jeffrey K. Martin, Esquire
Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806

David H. Williams (#616)
dwilliams@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: July 11, 2006
JLB/011747-0040/1134213/1