IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-159 (JJF) |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| Defendant. | : |

### NOTICE OF DEPOSITION OF DR. EKBLADH

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Ellen Zechman ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of **Dr. Ekbladh** by oral testimony before an officer duly authorized to administer an oath, commencing on **August 2, 2006 at 10:00 a.m.**, at the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorney for Plaintiff

Dated: July 21, 2006
CC: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:　C.A. No. 05-159 (JJF)<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on July 21, 2006, I electronically filed the attached *Notice of Deposition* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David H. Williams
 MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE  19899

Michael J. Ossip,
Thomas S. Bloom,
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103

　　　　　　　　　　　　　　　　MARGOLIS EDELSTEIN

　　　　　　　　　　　　　　　　_/s/ Jeffrey K. Martin_
　　　　　　　　　　　　　　　　Jeffrey K. Martin, Esquire (#2407)
　　　　　　　　　　　　　　　　Lori A. Brewington, Esquire (# 4522)
　　　　　　　　　　　　　　　　1509 Gilpin Avenue
　　　　　　　　　　　　　　　　Wilmington, Delaware 19806
　　　　　　　　　　　　　　　　(302) 777-4680
　　　　　　　　　　　　　　　　(302) 777-4682 facsimile
　　　　　　　　　　　　　　　　jmartin@margolisedelstein.com
　　　　　　　　　　　　　　　　lbrewington@margolisedelstein.com
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ellen Zechman