## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-159 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:  Jeffrey K. Martin, Esquire
     Lori A. Brewington
     Margolis Edelstein
     1509 Gilpin Avenue
     Wilmington, DE  19806

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Ellen Zechman pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Friday, August 18, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:30 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Daniel H. Williams
_____
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

        Michael J. Ossip (admitted *pro hac vice*)
        Thomas S. Bloom (admitted *pro hac vice*)
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA  19103
        (215) 963-5543

        Attorneys for Defendant

Dated:  July 26, 2006

cc:  Wilcox & Fetzer

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-159 JJF |
| | ) |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on July 26, 2006, I electronically filed the attached **NOTICE OF DEPOSITION** with the Clerk of Court using CM/EC which will send notification of such filing(s) to the following:

> Jeffrey K. Martin, Esquire
> Lori A. Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated: July 26, 2006
JLB/011747-0040/1134213/1