IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-159 JJF |
| | ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## RE-NOTICE OF DEPOSITION

TO: Jeffrey K. Martin, Esquire
Lori A. Brewington
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that counsel for Christiana Care Health Services, Inc. ("Defendant") will take the deposition of Plaintiff Ellen Zechman pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Wednesday, August 16, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:30 a.m. and continuing day-to-day thereafter until completed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ David H. Williams
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

                                              Michael J. Ossip (admitted *pro hac vice*)
                                              Thomas S. Bloom (admitted *pro hac vice*)
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              1701 Market Street
                                              Philadelphia, PA  19103
                                              (215) 963-5543

                                              Attorneys for Defendant

Dated:  August 14, 2006

cc:  Wilcox & Fetzer

DHW/011747-0040/1441636/1

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-159 JJF |
| | ) |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on August 14, 2006, I electronically filed the attached **RE-NOTICE OF DEPOSITION** with the Clerk of Court using CM/EC which will send notification of such filing(s) to the following:

Jeffrey K. Martin, Esquire
Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5543

Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated:  August 14, 2006
JLB/011747-0040/1134213/1