## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN ZECHMAN, | : | |
| | : | C.A. No. 05-159 JJF |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I hereby certify that on this 6th day of September, 2006, two (2) copies of

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND**

**REQUEST FOR PRODUCTION OF DOCUMENTS** were served by placing same in the

United States Mail, postage prepaid, addressed to the following counsel of record:

> Jeffrey K. Martin, Esquire
> Lori A. Brewington, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5543
Attorneys for Defendant
Christiana Care Health Services, Inc.

Dated:  September 6, 2006

1246779/1

**IN THE UNITED STATES DISTRICT COURT\**
**FOR THE DISTRICT OF DELAWARE**

ELLEN ZECHMAN,                                    :
                                                  :        C.A. No. 05-159 (JJF)
              Plaintiff,                           :
                                                  :
       v.                                          :
                                                  :
CHRISTIANA CARE HEALTH SYSTEMS,                    :
                                                  :
              Defendant.                           :

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 6, 2006, I electronically filed the attached

**NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of

such filing(s) to the following:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5543

Attorneys for Defendant
Dated: February 6, 2006          Christiana Care Health Services, Inc.

1246778/1