# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 15, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

RE: *Ellen Zechman v. Christiana Care Health Systems*
Civil Action No. 05-159 JJF

Dear Judge Farnan:

At the time the parties stipulated, subject to the approval of the Court, that the deadline for completing discovery be extended to December 30, 2006, and that summary judgment motions be filed by October 23, 2006, the parties failed to address the pretrial conference which is scheduled for October 5, 2006. The purpose this letter is inquire whether Your Honor believes rescheduling the pretrial conference would be appropriate in light of the extended deadlines for the completion of discovery, and the filing of summary judgment motions. I can represent that counsel for the Plaintiff joins us in bringing this scheduling issue to the Court's attention.

Thank you for considering this matter.

Respectfully,

David H. Williams
Bar I.D. #616

DHW/jam
cc: Lori Brewington, Esquire (w/enc.) – via e-filing
    Kendra L. Baisinger, Esquire (w/enc.) – via e-mail
    Clerk of the Court (w/enc.) – via e-filing