IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                            :
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :    C.A. No. 05-159-JJF
                                          :
CHRISTIANA CARE HEALTH SYSTEMS,           :
                                          :
              Defendant.                  :

**DEFENDANT CHRISTIANA CARE HEALTH SYSTEMS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Christiana Care Health Systems ("Defendant") hereby moves for summary judgment with respect to Plaintiff Ellen Zechman's Complaint. In support of this Motion, Defendant relies upon the accompanying Brief in Support and documents contained in the Appendix filed under seal.

Respectfully submitted,

*/s/ David H. Williams*
David H. Williams (#616)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5543

Dated: October 23, 2006        Attorneys for Defendant Christiana Care
                               Health Systems

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-159-JJF |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, : | |
| : | |
| Defendant. : | |

### STATEMENT OF THOMAS S. BLOOM

Pursuant to this Court's requirements, I hereby state that based on my knowledge of the case no genuine issues of material fact exist with regard to the facts argued in support of Christiana Care Health Systems' Motion for Summary Judgment being filed in the above-referenced action on October 23, 2006.

_____
Thomas S. Bloom

Dated: 10/20/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-159-JJF |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, : | |
| : | |
| Defendant. : | |

## ORDER

Now, this _____ day of _____, 2006, having considered Defendant Christiana Care Health Systems' Motion for Summary Judgment and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED BY THE COURT:

_____
Farnan, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| Plaintiff, | : C.A. No. 05-159 (JJF) |
| v. | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| Defendant. | : |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on October 23, 2006, I electronically filed the attached **DEFENDANT CHRISTIANA CARE HEALTH SYSTEMS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    /s/ David H. Williams
    David H. Williams (#616) (dwilliams@morrisjames.com)
    MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900

    Michael J. Ossip (mossip@morganlewis.com)
    Thomas S. Bloom (tbloom@morganlewis.com)
    MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA 19103
    (215) 963-5543

    Attorneys for Defendant
Dated: October 23, 2006    Christiana Care Health Services, Inc.

1473988/1