IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| Plaintiff, | : |
| | : C.A. No. 05-159 JJF |
| v. | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| Defendant. | : |

## CERTIFICATE OF ELECTRONIC SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on November 22, 2006, I served a copy of the attached Appendix to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment, with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent a true and correct copy to the following counsel:

Michael J. Ossip, Esquire
Thomas S. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
Counsel for Plaintiff