IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN, :
:
        Plaintiff, :
:
v. : C.A. No. 05-159-JJF
:
CHRISTIANA CARE HEALTH SYSTEMS, :
:
        Defendant. :

**STIPULATED ORDER TO EXTEND DEADLINE
FOR FILING REPLY BRIEF**

The parties, by and through their attorneys, hereby stipulate and agree to an extension until December 11, 2006, for Defendant to reply to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin (#2407)
jmartin@margolisedelstein.com
Lori A. Brewington, (#4522)
lbrewington@margolisedelstein.com
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorneys for Plaintiff

Dated: 11/27/06

MORRIS, JAMES LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Dated: 11/27/06

1488347/1

                    Michael J. Ossip (admitted pro hac vice
                    Thomas S. Bloom (admitted pro hac vice)
                    Morgan, Lewis & Bockius LLP
                    1701 Market Street
                    Philadelphia, PA  19103
                    (215) 963-5761/5543
                    Attorneys for Defendant

IT IS SO ORDERED this ____ day of November, 2006.

                                                  _____
                                                                 J.