IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-159 JJF |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| | : |
| Defendant. | : |

NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the attorney Jeffrey K. Martin, Esquire hereby **WITHDRAWS** as counsel to Ellen Zechman and the attorney Herbert W. Mondros, Esquire **HEREBY ENTERS HIS APPEARANCE** as substitute counsel for Kenneth Cole in the above-noted case. All pleadings henceforth should be served upon the following:

Herbert W. Mondros, Esquire (#3308)
MARGOLIS EDELSTEIN
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 777-4680
hmondros@margolisedelstein.com

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (#3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

April 23, 2007

MARTIN & WILSON

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806

April 20, 2007