IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN ZECHMAN, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-159 JJF |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| | : |
| Defendant. | : |

CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, hereby certify that on April 23, 2007, I electronically filed the attached **Notice of Substitution of Counsel** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by first class mail, postage pre-paid:

**David H. Williams**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: dwilliams@morrisjames.com
*Attorney for Defendant, Christiana Care Health Systems*

                                                      Respectfully submitted,
                                                      MARGOLIS EDELSTEIN

                                                      By: _____
                                                      Herbert W. Mondros, Esquire (#3956)
                                                      750 South Madison Street, Suite 102
                                                      Wilmington, DE 19801
                                                      (302) 777-4680 (telephone)
                                                      (302) 777-4682 (facsimile)

                                                      Counsel for Plaintiff, Kenneth Cole