IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN, :
:
      Plaintiff, :
: C.A. No. 05-159 JJF
v. :
:
CHRISTIANA CARE HEALTH SYSTEMS, :
:
      Defendant. :

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, hereby certify that on April 24, 2007, I electronically filed the attached **Notice of Change of Address** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, and also sent via first class mail, postage pre-paid:

**David H. Williams**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: dwilliams@morrisjames.com
*Attorney for Defendant, Christiana Care Health Systems*

                              Respectfully submitted,
                              MARGOLIS EDELSTEIN

                              By: _____
                              Lori A. Brewington, Esquire (#4522)
                              Herbert W. Mondros, Esquire (#3956)
                              750 South Madison Street, Suite 102
                              Wilmington, DE 19801
                              (302) 777-4680 (telephone)
                              (302) 777-4682 (facsimile)

                              Counsel for Plaintiff, Ellen Zechman