IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                  :
                                :
         Plaintiff,             :
                                :
    v.                          :   C.A. No. 05-159-JJF
                                :
CHRISTIANA CARE                 :
HEALTH SYSTEMS,                 :
                                :
         Defendant.             :

### ORDER

At Wilmington, the ___26___ day of June 2007, for the reasons set forth in the Memorandum Opinion issued this date; IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 52) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE