IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                    :
                                  :
         Plaintiff,               :
                                  :
    v.                            :   C.A. No. 05-159-JJF
                                  :
CHRISTIANA CARE                   :
HEALTH SYSTEMS,                   :
                                  :
         Defendant.               :

**FINAL JUDGMENT ORDER**

   IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

Dated June 29, 2007