## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,                              :
                                            :
                    Plaintiff,              :
                                            :        C.A. No. 05-159 JJF
              v.                            :
                                            :
CHRISTIANA CARE HEALTH SYSTEMS,             :
                                            :
                    Defendant.              :

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** the attorney Lori A. Brewington, Esquire

hereby **WITHDRAWS** as counsel to Ellen Zechman in the above noted case.   All

pleadings henceforth should be served upon the following:


Herbert W. Mondros (DE Bar # 3308)
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE  19801
(302) 888-1112
hmondros@margolisedelstein.com


MARGOLIS EDELSTEIN                          MARGOLIS EDELSTEIN

_____            _____
Herbert W. Mondros, Esquire (#3308)         Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102         750 South Madison Street, Suite 102
Wilmington, DE 19801                        Wilmington, Delaware 19801
(302) 888-1112 (telephone)                  (302) 888-1112 (telephone)
(302) 888-1119 (facsimile)                  (302) 888-1119 (facsimile)

July 2, 2007                                July 2, 2007

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

ELLEN ZECHMAN,       :
             :
      **Plaintiff,**   :
             :  **C.A. No. 05-159 JJF**
   v.          :
             :
CHRISTIANA CARE HEALTH SYSTEMS, :
             :
      **Defendant.**  :

### CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, hereby certify that on July 2, 2007, I electronically filed the attached **Notice of Substitution of Counsel** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by first class mail, postage pre-paid:

**David H. Williams**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: dwilliams@morrisjames.com
*Attorney for Defendant, Christiana Care Health Systems*

        Respectfully submitted,
        MARGOLIS EDELSTEIN

    By:_____
        Herbert W. Mondros, Esquire (#3308)
        750 South Madison Street, Suite 102
        Wilmington, DE 19801
        (302) 888-1112 (telephone)
        (302) 888-1119 (facsimile)
        Counsel for Plaintiff